AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/18/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Markia Gigold | Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: Tonia Robinson, Office of the Attorney General

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-18-06       *Markia J. Gigold*
             Date           Signature of Server

Gary T. Brown and Associates P.C.
Address of Server
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.