IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS, for herself and all others similarly situated )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1198 (RBW) |

**PROPOSED ORDER**

Upon consideration of DEFENDANT'S MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, the Memorandum of Points and Authorities in support thereof, any opposition thereto, and the record herein, it is, by this Court this ____ day of _____, 2006;

ORDERED that the Defendant's Motion to Dismiss, shall be and the same is hereby **GRANTED**; and it is

FURTHER ORDERED that the Complaint be **DISMISSED WITH PREJUDICE**.

_____
Judge Reggie B. Walton
United States District Court