UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANNETTE BURNS, et. al.         *
                                         *

        Plaintiffs,          *

                                         *

        v.                *    C.A. No.  06-1198 (RBW)

                                       *

DISTRICT OF COLUMBIA,      *

                                       *

        Defendant.        *

_____*

CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Plaintiffs, by and through their counsel, hereby moves for an extension of time until September 8, 2006.  Plaintiff's counsel is in the process of adding additional counsel to assist in Plaintiffs' claims and seeks the extension of time to allow for the new counsel to become familiar with the case and the arguments raised in Defendant's motions in order to assist in the preparation of the opposition.  No extensions of time have been previously requested in the above captioned matter.

Pursuant to LCvR 7(m), in advance of filing this motion Plaintiffs spoke with Defendant's counsel who gave her consent.  As a result of the extension sought by Plaintiffs', Defendant requests an extension of one week, until September 22, 2006, due to conflicts with other pending cases, to file its reply.  The parties assert that this short delay requested here should cause no harm to either party and does not interfere with any deadlines established by the Court.

Therefore, pursuant to the Court's inherent Article III powers and Fed. R. Civ. P. 16, Plaintiffs respectfully requests that this Court grant their motion.

Respectfully submitted,

_____
Gary T. Brown
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANNETTE BURNS, et. al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | C.A. No.  06-1198 (RBW) |
| | * | |
| DISTRICT OF COLUMBIA, | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

<u>ORDER</u>

Upon consideration of Plaintiff's Motion for Extension of Time to File Her Opposition to Defendant's Motion to Dismiss or alternatively Motion for Summary Judgment, and the entire record in this case, it is this _____ day of August, 2006 hereby

ORDERED, that Plaintiff's Motion is hereby GRANTED and that Plaintiff's Opposition to Defendant's Motions is now due on September 8, 2006.  Defendant's reply shall be due on September 22, 2006.

.

_____
**Hon. Reggie B. Walton**
United States District Court Judge
for the District of Columbia