UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS,<br>   On Behalf Of Herself and<br>   Others Similarly Situated,<br><br>   Plaintiffs,<br><br>      v.<br><br>DISTRICT OF COLUMBIA,<br><br>   Defendant.<br>_____ | *<br>*<br>*<br>*<br>*<br>*<br>*   C.A. No. 06-1198 (RBW)<br>*<br>*<br>*<br>*<br>* |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Plaintiffs, by and through their counsel, hereby moves for an extension of time until September 15, 2006. Plaintiff's counsel has been working diligently to complete the opposition but has also had multiple other filings due in other pending cases and requests additional time to fully and adequately respond to Defendant's motions. One extension of time has been granted in the above captioned matter.

Pursuant to LCvR 7(m), in advance of filing this motion Plaintiffs' counsel spoke with Defendant's counsel who gave her consent. This short delay requested here should cause no harm to either party and does not interfere with any deadlines established by the Court.

Therefore, pursuant to the Court's inherent Article III powers and Fed. R. Civ. P. 16, Plaintiffs respectfully requests that this Court grant their motion.

                                                   Respectfully submitted,

                                                   _____
                                                 Gary T. Brown
                                                 D.C. Bar # 246314
                                                 GARY T. BROWN & ASSOCIATES, P.C.
                                                 320 Maryland Avenue, N.E.  Suite 100
                                                 Washington, D.C. 20002
                                                 (202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANNETTE BURNS,<br>　On Behalf Of Herself and<br>　Others Similarly Situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | C.A. No. 06-1198 (RBW) |

ORDER

Upon consideration of Plaintiffs' Motion for Extension of Time to File Her Opposition to Defendant's Motion to Dismiss or alternatively Motion for Summary Judgment, and the entire record in this case, it is this _____ day of September, 2006 hereby

ORDERED, that Plaintiffs' Motion is hereby GRANTED and that Plaintiffs' Opposition to Defendant's Motions is now due on September 15, 2006.

.

_____
**Hon. Reggie B. Walton**
United States District Court Judge
for the District of Columbia