UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANNETTE BURNS,<br>   On Behalf Of Herself and<br>   Others Similarly Situated,<br><br>   Plaintiffs,<br><br>       v.<br><br>DISTRICT OF COLUMBIA,<br><br>   Defendant. | * * * * * * * * * * * * | C.A. No.  06-1198 (RBW) |

CONSENT MOTION FOR EXTENSIONS OF TIME FOR THE FILING OF
BOTH PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
OR FOR SUMMARY JUDGMENT AND DEFENDANT'S REPLY BRIEF

     Plaintiffs, by and through their counsel, hereby moves for an extension of time of two days or until September 19, 2006, to file their Opposition, with Defendant's consent. In response, and with Plaintiffs' consent, Defendant seeks until October 7, 2006, to file its Reply brief.

     Plaintiff's counsel has essentially completed the Opposition but has not yet been able to obtain Plaintiff Burns signed Declaration, a critical document for the Opposition. Ms. Burns has been in North Carolina for business purposes and her access to counsel was limited for some time. She is now able to verify the facts in her Declaration but obtaining and signing the final version has created problems, requiring a filing on Tuesday rather than this past Friday, September 15, 2006.

     In advance of filing this motion, Plaintiffs' counsel was able to reach Defendant's counsel, pursuant to L Civ R 7(m). Due to Plaintiffs' counsel's delay and Defendant counsel's

busy schedule at the end of this month, counsel for Defendant suggested a due date of October 7, 2006, for the filing of Defendant's Reply. Plaintiff readily agreed to the proposed due date for filing the Reply.

Due to the importance for the parties of a just resolution of this motion, counsel have worked together to insure no conflict, at least as to this portion of the proceedings. Because both parties have consented to a change in the schedule, granting this motion should cause no harm to either Defendant or Plaintiff.

The Court's inherent Article III powers and Fed. R. Civ. P. 16 provide it with the authority to grant this motion.

Therefore, the parties respectfully request that this Court grant their motion for an extension of time of two days for Plaintiffs to file their Opposition and a concomitant due date of October 7, 2006 for the filing of Defendant's Reply brief.

Respectfully submitted,

_____
Gary T. Brown
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E. Suite 100
Washington, D.C. 20002
(202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS,<br>   On Behalf Of Herself and<br>   Others Similarly Situated,<br><br>   Plaintiffs,<br><br>       v.<br><br>DISTRICT OF COLUMBIA,<br><br>   Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*   C.A. No. 06-1198 (RBW)<br>*<br>*<br>*<br>*<br>* |

## ORDER

Upon consideration of the parties Consent Motion For Extensions Of Time For The Filing Of Both Plaintiffs' Opposition To Defendant's Motion To Dismiss Or For Summary Judgment And Defendant's Reply Brief and the entire record in this matter, it is this _____ day of September, 2006 hereby

ORDERED, that the Motion is hereby GRANTED and that Plaintiffs' Opposition to Defendant's Motion is now due on September 19, 2006 and Defendant's Reply is now due on October 7, 2006.

_____
**Hon. Reggie B. Walton**
United States District Court Judge
for the District of Columbia

3