UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANNETTE BURNS, | * | |
|    On Behalf Of Herself and | * | |
|    Others Similarly Situated, | * | |
| | * | |
|    Plaintiffs, | * | |
| | * | |
|       v. | * | C.A. No.  06-1198 (RBW) |
| | * | |
| DISTRICT OF COLUMBIA, | * | |
| | * | |
|    Defendant. | * | |
| | * | |

MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

     Plaintiffs, by and through their counsel, hereby move for an extension of time of two weeks or until October 10, 2006.  Plaintiffs' counsel also seeks to explain his failure to file the Opposition pursuant to the Court's schedule.

     Plaintiffs' Opposition to Defendant's dispositive motion was due for filing last Wednesday, September, 20, 2006, but was not for several reasons: the unplanned departure of the only other attorney in the office except for the undersigned, the late arrival of a Declaration from Ms. Annette Burns, and the need to prepare for oral argument of an opposition to a motion for summary judgment before Judge Davis in the federal district court in Baltimore.  The oral argument and the loss of counsel were most damaging to the ability to file the Opposition due here.

     Since the September 20, 2006 deadline, Plaintiffs' counsel has sought assistance to properly prosecute the class claims brought here.  It was also necessary to consult with the

clients as to the options for moving forward with their claims. Today an agreement has been finalized to co-counsel this civil action with Wiggins, Childs, Quinn & Pantazis, PLLC, a firm with substantial experience in employment class actions. Attorneys with Wiggins, Childs, Quinn & Pantazis will be filing their notices of appearance shortly. Although the Opposition, as prepared by the undersigned was quite close to completion, the new lawyers seek input into the Opposition and also suggest several additional steps which counsel below believes could be quite helpful for Plaintiffs, including, but not limited to, consolidation of the instant case with another pending action.

It is the opinion of current counsel for Plaintiffs that the addition of new counsel will expedite the resolution of this matter, but it is necessary that a brief assessment period be provided to them regarding the next step in this litigation.

In advance of filing this motion, Plaintiffs' counsel was not able to reach Defendant's counsel, pursuant to L Civ R 7(m). However, the delay requested here should cause no harm to Defendant.

Therefore, pursuant to the Court's inherent Article III powers and Fed. R. Civ. P. 16, Plaintiffs respectfully requests that this Court grant their motion for a two week extension of time or until October 10, 2006.

Respectfully submitted,

_____
Gary T. Brown
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.  Suite 100
Washington, D.C. 20002
(202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS,<br>   On Behalf Of Herself and<br>   Others Similarly Situated,<br><br>   Plaintiffs,<br><br>       v.<br><br>DISTRICT OF COLUMBIA,<br><br>   Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*  C.A. No. 06-1198 (RBW)<br>*<br>*<br>*<br>*<br>* |

ORDER

Upon consideration of Plaintiffs' Motion for Extension of Time of Two Weeks to File the Opposition to Defendant's Motion to Dismiss or Alternatively Motion for Summary Judgment, and the entire record in this case, it is this _____ day of September, 2006 hereby

ORDERED, that Plaintiffs' Motion is hereby GRANTED and that Plaintiffs' Opposition to Defendant's Motion is now due on October 10, 2006.

.

_____
**Hon. Reggie B. Walton**
United States District Court Judge
for the District of Columbia

3