AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Annette Burns )
       Plaintiff(s) )  **APPEARANCE**
)
)
       vs. )  CASE NUMBER 1:06-cv-01198-RBW
District of Columbia )
)
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Eric K. Bachman__ as counsel in this
                           (Attorney's Name)

case for: __Annette Burns__
        (Name of party or parties)

October 9, 2006
Date

_/s/ Eric K. Bachman_
Signature

481993
BAR IDENTIFICATION

Eric K. Bachman
Print Name

7 Dupont Circle, NW, Suite 200
Address

Washington, DC 20036
City    State    Zip Code

(202) 467-4123
Phone Number