AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Annette Burns

      Plaintiff(s)    )  **APPEARANCE**

      vs.    )  CASE NUMBER  1:06-cv-01198-RBW

District of Columbia

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Timothy B. Fleming** as counsel in this
(Attorney's Name)

case for: **Annette Burns**
(Name of party or parties)

October 10, 2006
Date

*/s/ Timothy B. Fleming*
Signature

Timothy B. Fleming

351114
BAR IDENTIFICATION

Wiggins, Childs, Quinn & Pantazis, PLLC
7 Dupont Circle, NW, Suite 200
Address

Washington, DC 20036
City   State   Zip Code

(202) 467-4123
Phone Number