AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Annette Burns

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER  1:06-cv-01198-RBW

District of Columbia

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Lori B. Kisch__ as counsel in this
        (Attorney's Name)

case for: __Annette Burns__
        (Name of party or parties)

October 10, 2006            _/s/ Lori B. Kisch_
Date            Signature

          Lori B. Kisch

491282            Wiggins, Childs, Quinn & Pantazis, PLLC
BAR IDENTIFICATION            7 Dupont Circle, NW, Suite 200
          Address

          Washington, DC 20036
          City      State      Zip Code

          (202) 467-4123
          Phone Number