UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS, ) | |
| ) | |
| Individually and on Behalf of all ) | |
| Similarly Situated Persons, ) | |
| ) | Civil Action No. 06-1198 (RBW) |
| Plaintiff, ) | |
| ) | CLASS ACTION |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFFS' NOTICE OF FILING A CORRECTED EXHIBIT #2 TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs, through their undersigned counsel, respectfully file this Notice of Filing A Corrected Exhibit #2 to Plaintiffs' Opposition to Defendant's Motion to Dismiss, which was filed on October 10, 2006. Plaintiffs' inadvertently filed the incorrect Fed. R. Civ. P. 56(f) Declaration of Gary T. Brown and now seek to file the correct version of this exhibit. The corrected version of Exhibit # 2 will be filed contemporaneously herewith as an exhibit to this notice.

Respectfully submitted this 10th day of October, 2006.

        s/ Eric K. Bachman_____
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Eric K. Bachman (DC Bar No. 481993)
**Wiggins, Childs, Quinn & Pantazis, PLLC**
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
(202) 467-4123
(202) 467-4489 (facsimile)

Gary T. Brown, D.C. Bar # 246314
**GARY T. BROWN & ASSOCIATES, P.C**.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By:  s/ Eric K. Bachman   .
*Attorney for Plaintiff*