UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS, )<br>)<br>Individually and on Behalf of all )<br>Similarly Situated Persons, )<br>)<br>    Plaintiff, )<br>)<br>       v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-1198 (RBW)<br><br>CLASS ACTION |

## NOTICE OF FILING MOTION TO CONSOLIDATE RELATED CASES

Plaintiff, through her undersigned counsel, respectfully files this Notice of Filing a Motion to Consolidate Related Cases. Plaintiff Garrina Byrd in *Byrd v. District of Columbia*, Case No. 1:06-0522 (HHK), has sought leave to consolidate her case with the instant case, *Burns v. District of Columbia*, Case No. 1:06-01198 (RBW). Pursuant to Local Civil Rule 40.5(d), Byrd filed the Motion to Consolidate with the judge to whom the earliest numbered case was assigned, *i.e.* the Honorable Henry H. Kennedy, Jr.

Plaintiff Byrd filed her Motion to Consolidate Related Cases today. The Motion and Memorandum in Support is attached herewith as an exhibit to this notice.

Respectfully submitted this 16th day of October, 2006.

/s/ Eric K. Bachman
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Eric K. Bachman (DC Bar No. 481993)
**Wiggins, Childs, Quinn & Pantazis, PLLC**
7 Dupont Circle, N.W., Suite 200

Washington, D.C. 20036
(202) 467-4123
(202) 467-4489 (facsimile)

Gary T. Brown, D.C. Bar # 246314
**GARY T. BROWN & ASSOCIATES, P.C**.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

*ATTORNEYS FOR PLAINTIFF*

Case 1:06-cv-01198-RBW   Document 14   Filed 10/16/2006   Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Eric K. Bachman            .
*Attorney for Plaintiff*