IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANNETTE BURNS, for herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-1198 (RBW) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, | ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant District of Columbia, by and through undersigned counsel, respectfully requests an enlargement of time to file its Reply brief in support of its Motion to Dismiss. Specifically, the District requests an enlargement of time through October 31, 2006. The Court has granted four extensions of time requested by Plaintiffs' counsel. As a result, the District's Reply brief is due on October 20, 2006, a date that conflicts with various commitments the District's counsel has on other cases.

Pursuant to LCvR 7(m), in advance of filing this motion, counsel for the District spoke with Eric Bachman, Plaintiffs' counsel, who gave his consent. The parties assert that the short delay requested should cause no harm to either party and does not interfere with any deadlines established by the Court.

Therefore, pursuant to the Court's inherent Article III powers and Federal Rule of Civil Procedure 6(b), the District respectfully requests that the Court grant this Motion.

DATED: October 18, 2006             Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Nicole L. Lynch
NICOLE L. LYNCH [471953]
Chief, Section II
General Litigation Division


/s/ Rena Scheinkman
BY:    RENA SCHEINKMAN [488861]
Special Assistant Attorney General
General Litigation Division
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9866
rena.scheinkman@dc.gov

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS, for herself and all others similarly situated )<br><br>Plaintiff, )<br><br>v. )<br><br>DISTRICT OF COLUMBIA, )<br><br>Defendant. ) | Civil Action No. 06-1198 (RBW) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

1. Fed. R. Civ. P. 6(b)(1).

2. The entire record herein.

3. No prejudice to the parties.

DATED: October 18, 2006          Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Nicole L. Lynch
NICOLE L. LYNCH [471953]
Chief, Section II
General Litigation Division

2

|  |  |
|---|---|
|  | /s/ Rena Scheinkman |
| BY: | RENA SCHEINKMAN [488861] |
|  | Special Assistant Attorney General |
|  | General Litigation Division |
|  | 441 4th Street, N.W. |
|  | Washington, D.C. 20001 |
|  | (202) 442-9866 |
|  | rena.scheinkman@dc.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2006, I electronically filed the foregoing CONSENT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT and the Corresponding Memorandum of Points and Authorities with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Gary T. Brown
Gary T. Brown & Associates, P.C.
320 Maryland Ave., N.E.
Suite 100
Washington, D.C. 20002

Eric K. Bachman
Wiggins, Childs, Quinn & Pantazis, PLLC
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036

And all others indicated on the electronic filing receipt

/s/ Rena Scheinkman
RENA SCHEINKMAN [488861]
Special Assistant Attorney General
General Litigation Division
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6615
rena.scheinkman@dc.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANNETTE BURNS, for herself and all others similarly situated )<br><br>Plaintiff, )<br><br>v. )<br><br>DISTRICT OF COLUMBIA, )<br><br>Defendant. ) | Civil Action No. 06-1198 (RBW) |

### ORDER

Upon consideration of the Consent Motion for Enlargement of Time for Defendant to File Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss the Complaint, or in the Alternative, for Summary Judgment, and the entire record in this case, it is this _____ day of October, 2006 hereby

ORDERED that the Consent Motion is GRANTED, and Defendant's Reply Brief is due on or before October 31, 2006.

_____
Honorable Reggie B. Walton
United States District Court Judge