# EXHIBIT 4

Case 1:06-cv-01198-RBW    Document 16-5    Filed 10/31/2006    Page 1 of 3

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this | ☐ FEPA<br>☒ EEOC | |

District of Columbia Office of Human Rights                       and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Garrina C. Byrd | (202) 610-2426 |

| CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 2845 Robinson Pl., S.E., #204, Washington, D.C. 20020 | 10/24/1977 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| D.C. Department of Parks and Recreation | 500 or More | (202) 673-7665 |

| CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 3149 16th Street, NW Washington, DC 20010 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate boxes)):

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)      LATEST (ALL)
4-2005                   12-2005

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. In July 2001, I was hired by Respondent through Project Empowerment, the District of Columbia's Welfare to Work program.
2. When my position was threatened by my immediate supervisor, I met with Mr. Darnell Thompson, Director of Facilities Management, who spoke to me in the presence of another coworker, about an office position.
3. In April 2005, I filed a charge of sexual harassment with the Department of Parks and Recreation and later with the EEOC. (see attached)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 5/9/06   Charging Party (Signature)

SIGNATURE OF COMPLAINANT

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

NOTARY - (When necessary for State and Local Requirements)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 05-09-06
(Day, month, and year)

Mary J. Vincent
commission expires 03-31-08

EEOC FORM 5 (Rev. 12/93)

**Charge of Discrimination (cont.)**

4. I have been subjected to retaliation in the form of: 1) constant insults and gossip. 2) My duties have been gradually reassigned to other employees, 3) I was moved from my office to a space no larger than a closet and 4) After performing the duties of my position for three years, I was reevaluated to determine if I possessed the necessary skills for the same position. I was subjected to this review in the presence of a supervisor to whom I had complained of the prior sexual harassment who did not help me.
5. On December 8, 2005, I testified before the D.C. City Council Committee on Education, Libraries, and Recreation where I detailed the harassment that I have suffered.
6. Effective December 12, 2005 I was moved yet again when I was transferred to another location, without discussion far away from my children's school and day care and my hours were changed so as to make it extremely difficult to pick up my children before these facilities closed.
7. On Friday, December 30, 2005, the last work day before the expiration of my term appointment, I was notified of my termination after I left work, effective the next day. I had received no prior notice or any complaints about my performance.