UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANNETTE BURNS, | ) | |
| | ) | |
| Individually and on Behalf of all | ) | |
| Similarly Situated Persons, | ) | |
| | ) | Civil Action No.  06-1198 (RBW) |
| Plaintiff, | ) | |
| | ) | CLASS ACTION |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM
IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS,
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiff Annette Burns and the putative class members, by and through their undersigned counsel, hereby move this Court for leave to file a Surreply Memorandum responding to Defendant District of Columbia's ("the District") Reply in Support of its Motion to Dismiss, or, in the Alternative, for Summary Judgment.

Plaintiff's counsel has spoken with counsel for Defendant; Defendant does not consent to this motion.

The grounds for this motion are set forth in the accompanying Memorandum.  A proposed Order is attached for the Court's consideration, as well as the Surreply in Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, should the Court grant this Motion for Leave to File a Surreply.

Respectfully submitted this 14th day of November, 2006.


  s/ Eric K. Bachman             
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Eric K. Bachman (DC Bar No. 481993)
**Wiggins, Childs, Quinn & Pantazis, PLLC**
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
(202) 467-4123
(202) 467-4489 (facsimile)

Gary T. Brown, D.C. Bar # 246314
**GARY T. BROWN & ASSOCIATES, P.C**.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2006, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


By: ___s/ Eric K. Bachman_____.
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANNETTE BURNS, | ) | |
| | ) | |
| Individually and on Behalf of all | ) | |
| Similarly Situated Persons, | ) | |
| | ) | Civil Action No.  06-1198 (RBW) |
| Plaintiff, | ) | |
| | ) | CLASS ACTION |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SURREPLY
IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS,
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

**I.      INTRODUCTION**

Defendant's initial memorandum in support of its Motion to Dismiss, or in the Alternative, for Summary Judgment totaled just over six pages.  Defendant's Reply in Support of its motion is seventeen pages, and raised new issues and relied upon previously uncited cases to support its positions.  For these reasons, Plaintiff respectfully requests that the Court grant Plaintiff the opportunity to reply to these arguments and cases in this Surreply.  In addition, the granting of leave to permit Plaintiff to file a surreply will serve to assist this Court in the adjudication of the Motion to Dismiss by ensuring that the issues have been fully and fairly briefed.

## II.    ARGUMENT

This Court has the discretion to grant a plaintiff leave to file a surreply where defendant's reply memorandum raises new issues, where the surreply will be helpful to the adjudication of the underlying issues in the motion to dismiss and where the Defendant will not be prejudiced by the granting of leave to file the surreply.  *See, e.g., Am. Forest & Paper Ass'n v. U.S. Environmental Protection Agency*, No. 93-cv-0694, 1996 WL 509601, *3 (D.D.C. Sept. 4, 1996) (unpublished decision attached hereto as Ex. 1).

Defendant has presented a number of arguments not previously raised and has also cited additional case law to support its motion for the dismissal of Plaintiff's claims.  For example, although not argued previously in its Motion to Dismiss, the District argues for the first time in its Reply Memorandum that Plaintiff is not entitled to piggyback on the EEOC charge of Garrina Byrd.[1]  Specifically, the District argues that Plaintiff Burns' and Garrina Byrd's claims are not similar enough for Burns to avail herself of the single-filing rule, which, if the Court determines that Burns' EEOC Charge is untimely, would excuse her untimely Charge.

The District then proceeds to cite new case law that it states supports its positions.  First, the District cites *Descutner v. District of Columbia*, No. 04-CA-8506, at 14 (D.C. Super. Ct. Nov. 10, 2005), for the proposition that claims under the District of Columbia Human Rights Act ("DCHRA") are "like any other tort claim against the District."  *See* Def's Reply at 3, 4, 6 & Ex. 3.  In addition, the District cites for the first time *Doe v. District of Columbia*, 697 A.2d 1356, analogizing between the D.C. Prevention of Child Abuse Act of 1977 and the DCHRA.  *See* Def's Reply at 4, 7.

---

[1] Garrina Byrd is the Plaintiff in a separate lawsuit styled *Byrd v. District of Columbia*, Case No. 1:06-0522 (HHK).  Byrd has filed with that Court a motion to consolidate her case with the instant lawsuit, *Burns v. District of Columbia*, Case No. 1:06-CV-01198 (RBW).

In addition, Plaintiff has not had an opportunity to respond to the District's arguments regarding Plaintiff's request that this Court stay proceedings pending the outcome of Plaintiff Byrd's Motion to Consolidate that is currently before Judge Kennedy.  Plaintiff respectfully requests the opportunity to respond regarding these arguments.

The Defendant will not be prejudiced by granting Plaintiff leave to file a surreply because Defendant has had a full opportunity to present its arguments.  For these reasons, this Court should grant Plaintiff's Motion for Leave to File a Surreply.


Respectfully submitted this 14th day of November, 2006.


 s/ Eric K. Bachman_____
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Eric K. Bachman (DC Bar No. 481993)
**Wiggins, Childs, Quinn & Pantazis, PLLC**
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
(202) 467-4123
(202) 467-4489 (facsimile)

Gary T. Brown, D.C. Bar # 246314
**GARY T. BROWN & ASSOCIATES, P.C**.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

*ATTORNEYS FOR PLAINTIFF*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of November, 2006, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


By:    s/ Eric K. Bachman              .
     *Attorney for Plaintiff*