UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS, for herself and all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) DISTRICT OF COLUMBIA, ) ) Defendant. ) _____) | Civil Action No. 06-1198 (RBW) CLASS ACTION |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Leave to File a Surreply Memorandum in Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, it is,

ORDERED that Plaintiff's Motion for Leave to File a Surreply is GRANTED.

Date:_____            _____
                                                                        The Honorable Reggie B. Walton
                                                                        United States District Judge