UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS,<br><br>Individually and on Behalf of all<br>Similarly Situated Persons,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.  06-1198 (RBW)<br>)<br>)   CLASS ACTION<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF ORDER GRANTING PLAINTIFF
GARRINA BYRD'S MOTION TO AMEND THE COMPLAINT

Presently before this Court is Defendant District of Columbia's motion to dismiss Plaintiff Burns' case.

A related, previously filed action, *Garrina Byrd v. District of Columbia*, Case No. 1:06-0522 (HHK), is pending before Judge Henry H. Kennedy.  On October 16, 2006, Byrd filed a motion to amend the complaint, as well as a motion to consolidate the instant case into Byrd's.

On November 23, 2006, Judge Kennedy granted Plaintiff Byrd's Motion to File a Second Amended Class Complaint.  The Second Amended Class Complaint in the *Byrd* case added the claims of Plaintiff Burns that are pending in this Court—*i.e.* class allegations of Title VII and D.C. Human Rights Act ("DCHRA") violations, and individual retaliation claims under Title VII and the DCHRA.  The Complaint also added, *inter alia*, class-wide claims of gender discrimination under 42 U.S.C. § 1983 through the Fifth Amendment to the United States Constitution, with Burns as a putative class representative, and Burns' individual claim of § 1983

First Amendment retaliation. The motion to consolidate the *Burns* and *Byrd* cases is still pending before Judge Kennedy, who referred the motion to Magistrate Judge Kay.

Respectfully submitted this 27th day of November, 2006.

s/ Eric K. Bachman_____
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Eric K. Bachman (DC Bar No. 481993)
**WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC**
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
(202) 467-4123
(202) 467-4489 (facsimile)

Gary T. Brown, D.C. Bar # 246314
**GARY T. BROWN AND ASSOCIATES, P.C.**
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of November, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

      By:    s/ Eric K. Bachman          .
            Attorney for Plaintiff