UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS, )<br>)<br>Individually and on Behalf of all )<br>Similarly Situated Persons, )<br>)<br>        Plaintiff, )<br>)<br>        v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>        Defendant. )<br>_____) | Civil Action No. 06-1198 (RBW)<br><br>CLASS ACTION |

## NOTICE OF CHANGE OF ADDRESS
## FOR COUNSEL WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC

PLEASE TAKE NOTICE that Timothy B. Fleming, Eric K. Bachman, and Lori B. Kisch of the law firm WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC, have moved. The new address for the law office of said Counsel is:

> 2031 Florida Avenue, N.W.
> Suite 300
> Washington, D.C. 20009

All telephone numbers and email addresses remain the same.

Respectfully submitted this 5th day of January, 2007.

 s/ Eric K. Bachman_____
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Eric K. Bachman (DC Bar No. 481993)
**Wiggins, Childs, Quinn & Pantazis, PLLC**
2031 Florida Avenue, N.W., Suite 300
Washington, D.C. 20009

(202) 467-4123
(202) 467-4489 (facsimile)

Gary T. Brown, D.C. Bar # 246314
**GARY T. BROWN & ASSOCIATES, P.C**.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By: ___s/ Eric K. Bachman_____.
*Attorney for Plaintiff*