UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS,<br><br>Individually and on Behalf of all<br>Similarly Situated Persons,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1198 (RBW)<br>)<br>)  CLASS ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO DISMISS**
**PLAINTIFF ANNETTE BURNS' COMPLAINT**

In accordance with Fed. R. Civ. P. 41(a)(2), the parties, through their undersigned counsel, respectfully file this Joint Motion to Dismiss Plaintiff Annette Burns' Complaint. Because Judge Kennedy has granted the Motion for Leave to File a Second Amended Class Complaint, which includes Plaintiff Annette Burns' and putative class allegations, the instant Complaint may be dismissed by the Court because this litigation is duplicative of that pending before Judge Kennedy.

A proposed order is attached for the Court's consideration.

1

Respectfully submitted this 27th day of February, 2007.

s/ Eric K. Bachman
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Eric K. Bachman (DC Bar No. 481993)
**Wiggins, Childs, Quinn & Pantazis, PLLC**
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
(202) 467-4123
(202) 467-4489 (facsimile)

Gary T. Brown (D.C. Bar # 246314)
**Gary T. Brown & Associates, PC**
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

*Attorneys for Plaintiffs*

/s Toni Michelle Jackson
Toni Michelle Jackson (DC Bar 453765)
**Office of Attorney General for the
    District of Columbia**
441 Fourth Street, NW
Suite 6S052
Washington, DC 20011
(202) 724-6602
(202) 727-3625 (facsimile)

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By: /s/ Eric K. Bachman           .
*Attorney for Plaintiff*