UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS, )<br>)<br>Individually and on Behalf of all )<br>Similarly Situated Persons, )<br>)<br>    Plaintiff, )<br>)<br>       v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-1198 (RBW)<br><br>CLASS ACTION |

**PROPOSED ORDER**

Upon consideration of the Parties' Joint Motion to Dismiss Annette Burns' Complaint, it is,

ORDERED that the Motion to Dismiss Annette Burns' Complaint is GRANTED.


Date:_____        _____
                                    The Honorable Reggie B. Walton
                                    United States District Judge