UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANNETTE BURNS, )<br>    Plaintiff, )<br>v. )<br>DISTRICT OF COLUMBIA, )<br>    Defendant. ) | Civil Action No. 06-1198 (RBW) |

### ORDER

Currently before the Court are the parties' joint motion to dismiss plaintiff Annette Burns' complaint, which was filed on June 29, 2006. The parties have filed this motion in the interests of convenience and judicial economy in light of an identical case, Byrd v. District of Columbia, No. 06-522 (D.D.C. filed on March 20, 2006), which is currently pending before Judge Henry Kennedy and is duplicative of this matter.[1] Accordingly, it is hereby this 28th day of February, 2007,

**ORDERED** that upon consideration of the parties' motion, this action is dismissed without prejudice. It is further

**ORDERED** that all pending motions in this matter, including but not limited to, the defendant's motion to dismiss or in the alternative for summary judgment is denied as moot.

**SO ORDERED.**

/s/_____
Reggie B. Walton
United States District Judge

---

[1] Plaintiff Burns was included as a plaintiff in a class-action complaint filed in Byrd v. District of Columbia, No. 06-522 (D.D.C. filed on March 20, 2006).